**UNITED STATES of America, Plaintiff–Appellee,**

v.

**HSIN–YU CHEN, Defendant–Appellant.**

No. 05–10687.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 6, 2006.*

Filed Nov. 14, 2006.

Karon V. Johnson, Esq., Office of the U.S. Attorney, Hagatna, GU, for Plaintiff–Appellee.

Howard Trapp, Esq., Hagatna, GU, for Defendant–Appellant.

Before: LEAVY, GOULD, and CLIFTON, Circuit Judges.

MEMORANDUM **

Hsin–Yu Chen appeals the three-year sentence imposed following her conviction for alien smuggling. She contends that the district court erred in ruling that it lacked authority under 18 U.S.C. § 3561(a) to impose a sentence of probation because the three-year mandatory minimum sentencing provision of 18 U.S.C. § 1324(a)(2)(B)(ii) does not expressly preclude a sentence of probation within the meaning of § 3561(a)(2). This contention is foreclosed by *United States v. Mueller,* 463 F.3d 887 (9th Cir.2006).

**AFFIRMED.**

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.